IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | | |
|---|---|---|
| SHANDELL C. ALLEN and GREG ALLEN, | ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Civil Action No.: 2:16-cv-52 |
| UNITED STATES OF AMERICA, | ) ) | |
| Defendant. | ) ) | |

## JOINT STIPULATION OF DISMISSAL

**COME NOW** Plaintiffs and Defendant, by and through their attorneys, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), and jointly agree and represent to the Court that the Plaintiffs' claims against Defendant have been compromised in their entirety and hereby file this Joint Stipulation of Dismissal on the basis that this case has been resolved and, by agreement, is to be dismissed, with prejudice, with each party to bear its own costs.

Respectfully sub mitted this this 26th day of March, 2018.

/s/ Ashleigh R. Madison
Ashleigh R. Madison
Georgia Bar No. 346027

Southeast Law, LLC
2107 Bull Street
Savannah, GA 31401
912.662.6612

/s/ Samantha Jacobs
Samantha Jacobs
Georgia Bar No. 584548

Samantha F. Jacobs, PC
712 East Cherry Street
Jesup, GA 31546
912.427.8786

/s/ Bradford C. Patrick
Bradford C. Patrick
South Carolina Bar No. 102092

U.S. Attorney's Office
P.O. Box 8970
Savannah, GA  31412
912-652-4422

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for all parties in the foregoing matter with a copy of this pleading by depositing in the United States Mail a copy of the same in a properly addressed envelope to:

Bradford C. Patrick
U.S. Attorney's Office
P.O. Box 8970
Savannah, GA 31412

This 26th day of March, 2018.

/s/ Ashleigh R. Madison
Ashleigh R. Madison
Georgia Bar No: 346027

Southeast Law, LLC
2107 Bull Street
Savannah, GA 31401
(912) 662-6612

/s/ Samantha Jacobs
Samantha Jacobs
Georgia Bar No. 584548

Samantha F. Jacobs, PC
712 East Cherry Street
Jesup, GA 31546
912.427.8786

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

SHANDELL C. ALLEN and )
GREG ALLEN, )
                    )
       Plaintiffs, )
                    )
v. )     Civil Action No.: 2:16-cv-52
                    )
UNITED STATES OF AMERICA, )
                    )
       Defendant. )

## ORDER

Before the Court is the parties' Stipulation of Dismissal. Pursuant to Federal Rule

of Civil Procedure 41(a)(1)(A)(ii), a Plaintiff may dismiss an action by filing "a

stipulation of dismissal signed by all parties who have appeared." As requested,

Plaintiffs' claims against Defendant are **DISMISSED WITH PREJUDICE** with each

party to bear its own costs and attorney fees. The Clerk of Court is **DIRECTED** to close

this case.

SO ORDERED this _____ of _____, 2018.

                                        _____

                                        Honorable Lisa Godbey Wood
                                        United States District Court
                                        Southern District of Georgia

ORDER PREPARED BY:

Ashleigh R. Madison, Esquire
Southeast Law, LLC
2107 Bull Street
Savannah, GA 31401